IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTUANE FARMER,<br><br>Defendant. | CASE NO.: 4:24-cr-45 |

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 21.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Antuane Farmer from the Indictment in the above-captioned case without prejudice. The Court DIRECTS the Clerk of Court to CLOSE this case.

**SO ORDERED**, this 5th day of June, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA